UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAPHAEL JAMES CASTILLE
and KAREN CASTILLE,

    Plaintiffs                          CIVIL ACTION

VERSUS                                   NUMBER _____

PRECISION DRILLING COMPANY,        SECTION _____
LP, and BLACKHAWK SPECIALTY
TOOLS, LLC

    Defendants


COMPLAINT


Plaintiffs, Raphael James Castille and Karen Castille, husband and wife, with respect allege as follows:

1.

Plaintiffs are residents of the full age of majority of the Parish of Acadia, State of Louisiana, whose address is 543 North Ethel Street, Church Point, LA 70525.

2.

The following are made defendants herein:

Precision Drilling Company, LP, a foreign partnership with its domicile and principal place of business at 10370 Richmond Avenue, #600, Houston, TX 77042, which may be served through its agent for service of process, C T Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808; and,

Blackhawk Specialty Tools, LLC, a foreign corporation with its domicile and principal place of business at 15 Grand Manor, Sugarland, TX 77479, which may be served

through its agent for service of process, Ron Robichaux, 130 Equity Boulevard, Houma, LA 70360.

3.

Jurisdiction is based on diversity of citizenship, 28 U.S.C. 1332, with the amount in controversy exceeding the minimum required for actions based on diversity.

4.

The above defendants are liable jointly and severally unto plaintiffs, Raphael James Castille and Karen Castille, by virtue of the following:

5.

At all times material hereto, the defendant, Precision Drilling Company, LP owned and operated a land-based drilling rig at Sabine Pass.

6.

That on or about June 1, 2010, plaintiff, Raphael James Castille, was employed by Frank's Casing Crew to work aboard Precision Drilling Company, LP's land-based rig at Sabine Pass.

7.

On June 1, 2010, while plaintiff was in the course and scope of his duties and in the furtherance of the defendants' interests, he was caused to sustain personal injuries under the following circumstances:

Defendant, Blackhawk Specialty Tools, LLC, provided a special cement tool that had a very poor design because of valves running out of each side, as well as a loose collar upon the tool. Despite requests by Frank's Casing Crew's foreman and a representative of Precision Drilling Company, Blackhawk failed to remove the valves extending from the sides of the cement tool. As a result, the valves caught on the lines causing the lines to knock plaintiff off of the stand where he was standing and fall four feet to the derrick floor.

8.

The aforesaid accident was caused by the negligence of the defendant, Precision Drilling Company, LP, in the following particulars, among others to be shown at the time of the trial: The said defendant, its officers, agents, servants, and employees failed to provide plaintiff, Raphael James Castille, with a safe place to work and perform his duties; in requiring the casing crew to work more than forty hours straight; in failing to provide the plaintiff with competent co-employees and experienced personnel; in failing to provide and enforce proper rules and regulations for the safety of men employed on the rig; and, in failing to provide plaintiff with safe

materials, means, and appliances to use in the performance of his work.

9.

The aforesaid accident was also caused by the negligence of defendant, Blackhawk Specialty Tools, LP, in the following particulars, among others to be shown at the time of trial:

In supplying an unsafe and improperly designed cement tool; in not removing the valves from the sides of the cement tool in spite of requests of supervisors from Precision Drilling Company, LP, and Frank's Casing Crew; in failing to provide and enforce proper rules and regulations for the safety of men employed on the platform; and, in failing to provide plaintiff with safe materials, means, and appliances to use in the performance of his work.

10.

As a result of the accident alleged, plaintiff believes he has been permanently injured and crippled causing your petitioner to suffer great mental pain and anguish, physical pain and suffering, and specifically, but not exclusively, has caused plaintiff to suffer from injuries to his head, neck, back, and shoulders, including ruptured discs at C5-6 and C6-7, and other functional disorders which will cause him to suffer

in the future and have rendered the plaintiff permanently disabled.

11.

The plaintiff has suffered and will in the future be obligated to incur and expend large sums of money for future medical care and attention, and has been, and in the future will be, prevented from earning his livelihood, and claims damages that are reasonable for his injuries, damages, and losses.

12.

Pursuant to the applicable statutes, plaintiff hereby elects to maintain this action for damages at law with the right of trial by jury.

13.

Plaintiff's employer, Frank's Casing Crew & Rental Tools, Inc., has paid plaintiff Louisiana workers' compensation benefits.

14.

Plaintiff brings his complaint in the Eastern District of Louisiana due to the fact that it is the forum most convenient for him to have his cause heard and the defendants can be served in this district.

15.

Plaintiff, Karen Castille, the wife of Raphael James Castille, shows that as a result of her husband's substantial injuries, she has lost or has greatly diminished sex, services, society, companionship, love, affection, attention, and protection and claims damages for loss of consortium as are reasonable in the premises.

WHEREFORE, plaintiff, Raphael James Castille, prays for judgment in his favor and against the defendants, Precision Drilling Company, LP, and Blackhawk Specialty Tools, LLC, jointly and in solido, in an amount the sum of One Million Two Hundred Thousand and No/100 ($1,200,000.00) Dollars, together with legal interest, and costs, and for a trial by jury; and,

Plaintiff, Karen Castille, prays for judgment in her favor and against the defendants, Precision Drilling Company, LP, and Blackhawk Specialty Tools, LLC, jointly and in solido, in the sum of Twenty-five Thousand and No/100 ($25,000.00) Dollars, together legal interest, and costs, and for a trial by jury.

Respectfully submitted:

s/Donald G. Cave
Donald G. Cave, LSBA No. 4073
CAVE LAW FIRM
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356
Telephone: (225) 292-3194
Facsimile: (225) 292-3198
E-mail: don@cavelaw.com

PLEASE SERVE DEFENDANTS:

(1) Precision Drilling Company, LP
through its agent for
service of process:
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

(2) Blackhawk Specialty Tools, LLC
through its agent for
service of process:
Ron Robichaux
130 Equity Blvd.
Houma, LA 70360