# CAVE LAW FIRM
### 8900 PLAZA TOWER DRIVE
### BATON ROUGE, LOUISIANA 70816-4356

DONALD G. CAVE  
MICHAEL L. CAVE

July 11, 2012

TELEPHONE  
(225) 292-3194

FAX  
(225) 292-3198

VIA FACSIMILE - (504) 589-7744  
HARD COPY TO FOLLOW

Honorable Sarah S. Vance  
Judge Section "R"  
United States District Court  
Eastern District of Louisiana  
500 Poydras Street, Room C255  
New Orleans, LA 70130

    Re: Raphael James Castille, et al vs.  
       Precision Drilling Company, LP, et al  
       Civil Action Number 11-1302 Section "R" (3)

Dear Judge Vance:

  I wish to confirm my secretary's telephone conversation of today's date with Katy in your office wherein we advised that the captioned matter has been settled in its entirety. We request that a sixty-day dismissal order be entered, and that the telephone preliminary conference set for Thursday, July 19, 2012, at 10:15 a.m. be canceled.

  Thanking you in advance, I remain,

                  Sincerely yours,

                  CAVE LAW FIRM

                  Donald G. Cave

DGC:ewd