UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RAPHAEL JAMES CASTILLE and　　　　　　CIVIL ACTION NO. 11-1302
KAREN CASTILLE

VERSUS　　　　　　　　　　　　　　　　　SECTION "R"

PRECISION DRILLING COMPANY, LP, ET AL.　　MAGISTRATE 3

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION FOR FINAL DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come all parties, who respectfully submit that all claims have been resolved in their entirety, and that the parties desire that such claims be dismissed with prejudice, each party to bear its own costs;

WHEREFORE, premises considered, movers respectfully pray that all claims as against all parties be dismissed, with prejudice, each party to bear its own costs.

CAVE LAW FIRM

By: /s/ Donald G. Cave
DONALD G. CAVE, Bar No. 4073
3909 Plaza Tower Drive
Baton Rouge, LA 70816-4356
Telephone No. 225-292-3194
COUNSEL FOR PLAINTIFFS, RAPHAEL
JAMES CASTILLE AND KAREN CASTILLE

JUNEAU DAVID, APLC

BY: _____
   MICHAEL J. JUNEAU, Bar No. 18277, T.A.
   The Harding Center
   1018 Harding Street, Suite 202
   Post Office Drawer 51268
   Lafayette, LA 70505-1268
   Telephone No. (337) 269-0052
COUNSEL FOR DEFENDANT, BLACKHAWK
SPECIALTY TOOLS, LLC

LABORDE & NEUNER

BY: _____
   FRANK NEUNER, Bar No. 7674
   One Petroleum Center, Suite 200
   1001 West Pinhook Road
   Lafayette, LA 70503
   Ph. 337-237-7000
COUNSEL FOR DEFENDANT, PRECISION
DRILLING COMPANY, LP

EGAN, JOHNSON & STILTNER

BY: _____
   DAVID K. JOHNSON, Bar No. 1998
   P.O. Box 98001
   Baton Rouge, LA 70898-8001
   Telephone No. 225-231-0755
COUNSEL FOR INTERVENOR, LOUISIANA
WORKERS' COMPENSATION CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically, on this 15th day of August, 2012. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/ Frank X. Neuner_
COUNSEL