UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAPHAEL JAMES CASTILLE and KAREN CASTILLE | CIVIL ACTION NO. 11-1302 |
| VERSUS | SECTION "R" |
| PRECISION DRILLING COMPANY, LP, ET AL. | MAGISTRATE 3 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF FINAL DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion for Final Dismissal With Prejudice;

IT IS HEREBY ORDERED that this suit, including all claims as against all parties, be and are hereby dismissed in its entirety, with prejudice, each party to to bear its own costs.

Signed at New Orleans, Louisiana this __16th__ day of ___August___, 2012.

_____
UNTIED STATES DISTRICT JUDGE